UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POP MIDDLE EAST, INC.

                    Plaintiff(s),

v.

POPSUGAR INC., et al.

                    Defendant(s).

Case No: 3:17-cv-02015-E

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Edward J. Klaris, an active member in good standing of the bar of N.Y.App.Div.1st Dep't, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Pop Middle East, Inc. in the above-entitled action. My local co-counsel in this case is David M. Given, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 475 Park Avenue South, 22nd Floor New York, NY 10016 | 39 Mesa Street, Suite 201, The Presidio San Fransisco, CA 94129 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (917) 822-7468 | (415) 398-0900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| edward.klaris@klarislaw.com | dmg@phillaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2542702.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/18/17

                                          Edward J. Klaris
                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Edward J. Klaris is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 18, 2017.

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE