IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POP MIDDLE EAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> POPSUGAR INC., and EBATES INC., <br><br> Defendants. | No. C 17-02015 WHA <br><br> **REQUEST FOR FURTHER INFORMATION REGARDING SETTLEMENT NEGOTIATIONS** |

The parties have asked for a continuation of the briefing schedule and hearing on defendants Popsugar Inc. and Ebates, Inc.'s motion to dismiss, and for a continuation of their case management hearing. They have indicated that they are "in the midst of settlement negotiations and require additional time to draft and agree upon the terms of settlement" and that they request the extension of time to facilitate further settlement negotiations (Dkt. No. 30).

The parties shall provide the Court with more information regarding the probability of reaching a successful settlement and the status of their settlement negotiations and by **NOON TOMORROW, JUNE 29**.

**IT IS SO ORDERED.**

Dated: June 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE