David M. Given, (CSG. 142375)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com

Edward Klaris (P*ro Hac Vice*)
KLARIS LAW PLLC
475 Park Avenue South, 22nd Floor
New York, New York 10016
Telephone: 917-822-7468
Email: edward.klaris@klarislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POP MIDDLE EAST, INC., a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>POPSUGAR INC., a Delaware corporation; EBATES INC., a Delaware corporation,,<br><br>Defendants. | Case No. 3:17-cv-02015-WHA<br><br>**JOINT STIPULATION TO ENLARGE TIME RE MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  April 11, 2017<br>Trial Date:  None Set |

Plaintiff Pop Middle East, Inc., Defendant POPSUGAR Inc., and Defendant Ebates, Inc., by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff Pop Middle East, Inc. (hereinafter "Plaintiff") filed its Complaint on April 11, 2017 [Dkt 1];

WHEREAS, Plaintiff served the Complaint on Defendants POPSUGAR, Inc. and Ebates, Inc. on April 13, 2017, and a responsive pleading was due on or about May 4, 2017 [Dkts. 7-1 and 7-2];

WHEREAS, on April 21, 2017, Plaintiff agreed to extend Defendants' time to answer or otherwise respond to the complaint by 21 days, up to and including May 25, 2017 [Dkt. 11];

WHEREAS, on May 5, 2017, the Court scheduled an Initial Case Management Conference for July 13, 2017;

WHEREAS, on May 18, 2017, Plaintiff agreed to a further extension of time for Defendants to answer or otherwise plead to the complaint, up to and including June 15, 2017 [Dkt. 19];

WHEREAS, on June 15, 2017, Defendants POPSUGAR, Inc. and Ebates filed and served their motions to dismiss, with a hearing date of July 27, 2017;

WHEREAS, Plaintiff's oppositions to the motions to dismiss are due June 29, 2017, and Defendants' replies are due July 6, 2017;

WHEREAS, the parties are currently in the midst of settlement negotiations and require additional time to draft and agree upon the terms of a settlement;

WHEREAS, in order to facilitate further settlement negotiations, the parties have agreed to extend the deadlines (i) for Plaintiff's oppositions to Defendants' motions to dismiss to July 31, 2017, (ii) for Defendants' replies to August 7, 2017, (iii) to continue the hearing date on Defendants' motions to dismiss to August 17, 2017 at 8:00 a.m., or to such other date as the court has available; and (iv) request that the Initial Case Management Conference be continued from July 13, 2017 to a future date, along with the F.R.C.P. Rule 26(f) deadlines;

WHEREFORE, pursuant to Civil Local Rule 6-2, the parties stipulate and agree that:

1. Plaintiff's time to file its opposition to Defendants' motions to dismiss shall be extended to **July 31, 2017;**

2**.** Defendants' time to file its replies shall be extended to **August 7, 2017**;

3. That the hearing on Defendants' motions to dismiss be continued to **August 17, 2017 at 8:00 a.m.**, or to such other date as the Court has available; and

4. That the currently scheduled Initial Case Management Conference set for July 13, 2017 also be continued to **August 17, 2017**, or to such other date as the Court has available, along with the F.R.C.P. Rule 26(f) deadlines.

Dated: June 27, 2017            PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                                By */s/ David M. Given*
                                     DAVID M. GIVEN

                                KLARIS LAW PLLC
                                Edward Klaris (admitted *pro hac vice*)

                                By */s/ Edward J.Klaris*
                                     EDWARD J. KLARIS

                                Attorneys for Plaintiff
                                POP MIDDLE EAST INC.

Dated: June 27, 2017            KEKER, VAN NEST & PETERS LLP

                                By */s/ Benedict Y. Hur*
                                     BENEDICT Y. HUR
                                     JAY RAPAPORT

                                Attorneys for Defendant
                                POPSUGAR, INC.

Dated: June 27, 2017            THE LAW OFFICES OF THOMAS V. CHRISTOPHER

                                By */s/ Thomas V. Christopher*
                                     THOMAS V. CHRISTOPHER

                                Attorneys for Defendant
                                EBATES, INC.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 27, 2017

                                */s/ Edward J.Klaris*
                                Edward J. Klaris

# [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. Plaintiff's time to file its opposition to Defendants' motions to dismiss shall be extended from June 29, 2017 to **July 31, 2017;**

2. Defendants' time to file its replies shall be extended from July 6, 2017 to **August 7, 2017**;

3. That the hearing on Defendants' motions to dismiss to be continued from July 27, 2017 to **August 17, 2017 at 8:00 a.m.**, ~~or to~~ _____ ;

4. That the Initial Case Management Conference set for July 13, 2017 be continued **August 17, 2017**, ~~or to~~ at 11:00 A.M._____, along with the F.R.C.P. Rule 26(f) deadlines.

SO ORDERED.

Dated: June 29, 2017.

_____
Hon. William ~~H.~~ Alsup
United States District Judge