David M. Given, CSG. 142375)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA  94129
Telephone: 415-398-0900
Fax:            415-398-0911
Email: dmg@phillaw.com

Edward Klaris (P*ro Hac Vice*)
KLARIS LAW PLLC
475 Park Avenue South, 22nd Floor
New York, New York 10016
Telephone: 917-822-7468
Email: edward.klaris@klarislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POP MIDDLE EAST, INC., a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>POPSUGAR INC., a Delaware corporation; EBATES INC., a Delaware corporation,,<br><br>Defendants. | Case No. 3:17-cv-02015-WHA<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed R. Civ. P. 41(a)]**<br><br>Complaint Filed:   April 11, 2017<br>Trial Date:            October 22, 2018 |

1  Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Pop Middle
2  East, Inc. hereby gives notice of dismissal with prejudice of all claims against Defendant
3  POPSUGAR Inc. in this action.  Defendant POPSUGAR Inc. has not answered or moved for
4  summary judgment in this case.  Each side will bear its own costs.

6  Dated:  August 25, 2017         KLARIS LAW PLLC

                                   By  */s/ Edward Klaris*
                                       Edward Klaris

                                   Edward Klaris (admitted *pro hac vice*)

                                   PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
                                   David M. Given

                                   Attorneys for Plaintiff
                                   POP MIDDLE EAST INC.